UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09 CR 226   CDP |
| | ) | |
| MICHAEL JOSEPH RUSSO, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's pretrial motions, which were referred to United States Magistrate Judge Frederick R. Buckles under 28 U.S.C. § 636(b).  Judge Buckles held an evidentiary hearing and filed a Report and Recommendation, which recommended that the motions be denied.   Neither party has filed objections.

I will adopt and sustain the thorough reasoning of Magistrate Judge Buckles as set forth in support of his recommended rulings issued on March 12, 2010.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [# 89] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motions to suppress [#42,

44] are denied.

**IT IS FURTHER ORDERED** that defendant's motion to sever [#40] and motion for relief from improper joinder [#41] are denied as moot, as defendant Russo is the only defendant remaining for trial.

**IT IS FURTHER ORDERED** that all counsel and defendant are reminded that they must be present in Courtroom 14 South and ready to proceed with trial at **8:30 a.m. on Monday, March 29, 2010.**


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24 th day of March, 2010 .